# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Washington Mutual Bank** | Case No. 1:07-cv-2186 |
| **Plaintiff,** | Judge Christopher A. Boyko |
| vs. | **JUDGMENT** |
| **Keith Dillard, et al.** | |
| **Defendants.** | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Summary Judgment and Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: November 29, 2007

                                            s/Christopher A. Boyko
                                            Judge Christopher A. Boyko
                                            UNITED STATES DISTRICT JUDGE