# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Washington Mutual Bank**<br><br>    Plaintiff,<br><br>  vs.<br><br>**Keith Dillard, et al.**<br><br>    Defendants. | Case No. 1:07-cv-2186<br><br>Judge Christopher A. Boyko<br><br>**ORDER CANCELLING SALE PROCEEDINGS, VACATING JUDGMENT, AND DISMISSING CASE** |

    This matter is before the Court on the motion of Plaintiff for an order cancelling sale proceedings, vacating the judgment and decree of foreclosure entered in this case under Fed. R. Civ. P. 60(b)(5) and for an order dismissing this case under Fed. R. Civ. P. 41(a)(2) of the Federal Rules of Civil Procedure. The Court hereby grants Plaintiff's motion. The judgment and decree of foreclosure entered in this case are hereby vacated and this action is hereby dismissed without prejudice at Plaintiff's costs. The Clerk is hereby ordered to distribute $500.00 to Rodger A. Pelagalli, the assigned master commissioner, from Plaintiff's deposit and to distribute the remaining $630.00 to Plaintiff.

**IT IS SO ORDERED.**

                                                                    s/Christopher A. Boyko
                                                                    Christopher A. Boyko
                                                                    UNITED STATES DISTRICT JUDGE

                                                                    September 19, 2008